UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOUR SEASONS PRODUCE INC.,

                   Plaintiff,

     - against -

SADBOYS WHOLESALE LLC and KAMAL PREET BHALLA a/k/a KAMALPREET SINGH BHALLA,

                   Defendants.

Case No. 25-cv-7431 (AKH)

**FINAL DEFAULT JUDGMENT**

**UPON** the motion of plaintiff Four Seasons Produce Inc., the accompanying declarations of Gregory Brown, counsel for Plaintiff dated October 24, 2025, Karen Warhol, Plaintiff's Credit Manager, dated October 24, 2025, the exhibits annexed thereto, the Clerk's Certificate of Default, and the supporting memorandum of law submitted therewith, which demonstrate that: defendants Sadboys Wholesale LLC ("Sadboys") and Kamal Preet Bhalla also known as Kamalpreet Singh Bhalla ("Bhalla") (Sadboys and Bhalla collectively, "Defendants") failed to plead or otherwise defend this action; Defendants, jointly and severally, owe Plaintiff a debt in the principal amount of $146,603.15, plus accrued interest through October 24, 2025, in the amount of $4,735.71, and accrued attorneys' fees and expenses through October 24, 2025, in the amount of $5,428.00, for a judgment in the amount of $156,766.86, $48,211.80 of which is entitled to priority under the trust provisions of PACA, plus additional accrued interest at the daily rate of $72.30; Defendants are not infants, incompetent persons, or in the military service of the United States; and there is no just reason for delay of entry of final judgment against Defendants, and

**UPON** Defendants having failed to timely oppose or otherwise respond to Plaintiff's motion, it is

- 1 -

**ORDERED** that judgment is hereby entered, in favor of Plaintiff and against Defendants, jointly and severally, in the principal amount of $146,603.15, plus accrued interest at the rate of eighteen percent *per annum* through November 20, 2025, in the amount of $6,687.74, plus attorneys' fees and expenses through October 24, 2025, in the amount of $5,428.00, for a judgment in the amount of $158,718.89, $48,773.56 of which is entitled to priority under the trust provisions of PACA; and it is further,

**ORDERED** that the judgment entered in favor of Plaintiff and against Defendants, jointly and severally, is a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just cause for delay in light of Plaintiff's statutory right to prompt payment under PACA, and Plaintiff may have immediate execution therefore.

**SO ORDERED.**

Dated: New York, New York
       November 24, 2025

Alvin K. Hellerstein, U.S. District Judge